# United States District Court
# Northern District of California

FILED
2015 APR -6 A 4: 06

## CRIMINAL COVER SHEET

---

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**                                                                 **Case Number:** CR 15 201 WHO

USA v. David Topkins

**Total Number of Defendants:**                                                **Is This Case Under Seal?**

1 ✓         2-7 _____        8 or more _____                                   Yes _____     No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**     **Venue (Per Crim. L.R. 18-1):**

Yes _____            No ✓                                                      SF ✓     OAK _____     SJ _____

**Is this a death-penalty-eligible RICO Act gang case?**                       **Assigned AUSA (Lead Attorney):**

Yes _____            No ✓                                                      Micah L. Wyatt

**Comments:**                                                                  **Date Submitted:**

                                                                               April 6, 2015

December 2011                                                                  [PRINT]