UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID TOPKINS,<br>            Defendant. | No.  CR 15-00201 WHO<br><br>**ORDER** |

   PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the October 29, 2015 status hearing in the above-captioned matter is continued to April 21, 2016, at 1:30 p.m.

DATED:  October 21, 2015

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge

ORDER – 1
No.  CR 15-00201 WHO