MICAH L. RUBBO (CSBN 267465)
HENRY J. HAUSER (CSBN 286744)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
micah.rubbo@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID TOPKINS,<br><br>            Defendant. | No. CR 15-00201 WHO<br><br>**STIPULATED REQUEST TO RESCHEDULE STATUS HEARING**<br><br>Date: October 27, 2016<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Judge: Hon. William H. Orrick |

On April 30, 2015, defendant DAVID TOPKINS pleaded guilty before this Court pursuant to a plea agreement with cooperation with the government in the above-captioned matter. The matter is scheduled for a status hearing to discuss sentencing on April 21, 2016, at 1:30 p.m. The underlying investigation is still ongoing and will continue for at least another six months. Any discussion of setting a sentencing date during the scheduled status hearing would be premature since the government will be unable to assess the defendant's substantial assistance until the investigation is complete. The government has contacted the Court Clerk and was informed that October 27, 2016, is an acceptable date to reschedule the status hearing. Therefore,

1 the parties jointly and respectfully request that the Court continue the status hearing for six
2 months to October 27, 2016, at 1:30 p.m.

Respectfully submitted,

DATED: April 4, 2016

   /s/ Micah L. Rubbo
MICAH L. RUBBO
HENRY J. HAUSER
Trial Attorneys
United States Department of Justice
Antitrust Division

DATED: April 4, 2016

   /s/ Robb C. Adkins
ROBB C. ADKINS
Counsel for Defendant David Topkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 15-00201 WHO |
| v. | |
| DAVID TOPKINS, | **ORDER** |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the April 21, 2016 status hearing in the above-captioned matter is continued to October 27, 2016, at 1:30 p.m.

DATED:      April 4, 2016     

THE HONORABLE WILLIAM H. ORRICK
United States District Judge